UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 18-10062-IT
)
FRANCIS CASTELLINO, )
        Defendant. )

## FINAL ORDER OF FORFEITURE

**TALWANI, D.J.**

WHEREAS, on May 6, 2019, this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

    a.    one MacBook Pro, Model A1502 (the "Property");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on May 31, 2019 and ending on June 29, 2019; and

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.    The United States' Motion for a Final Order of Forfeiture is allowed.

2.    The United States of America is now entitled to the forfeiture of all right, title or interest in the Property, and are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.    All other parties having any right, title or interest in the Property are hereby held in default.

4. The United States is hereby authorized to dispose of the Property in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Indira Talwani
INDIRA TALWANI
United States District Judge

Dated: 9/6/2019